**SEALED**

**FILED**

MAY 0 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 11- SW - 0 1 9 4 EFB

| | |
|---|---|
| IN RE: APPLICATION FOR SEARCH WARRANT FOR RECORDS FOR METRO PCS CELLULAR TELEPHONE (1) (916) 410-1866; ESN/MEID: 268435459214483845; IMSI: 311660000015891; Metro PCS Account Number: 782393271 | CASE NO. 2:11-SW- <br><br> ORDER PRECLUDING NOTICE TO SUBSCRIBER OR CUSTOMER PURSUANT TO 18 U.S.C. § 2705(b) AND SEALING SEARCH WARRANT APPLICATION AND RELATED DOCUMENTS <br><br> **UNDER SEAL** |

Upon Application of the United States of America and good cause having been shown, the Court finds the following:

IT APPEARING that prior notice of the Search Warrant Affidavit, the Search Warrant, or this Order, to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that the United States's Motion to Preclude Notice to Subscriber or Customer is **GRANTED**; Metro PCS Wireless **SHALL NOT DISCLOSE** the existence of the Search Warrant Affidavit, the Search Warrant, or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

1

1 | IT IS FURTHER ORDERED that the United States's Motion to
2 | Preclude Notice to Subscriber or Customer, the Search Warrant
3 | Affidavit, and the Search Warrant are hereby ordered **SEALED** until
4 | further order of this Court.

DATED: 5-4-2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE